UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLISON RAMSEY, | CASE NO:  2:25-cv-05044-HDV-AS |
| Plaintiff, | Hon. Hernán D. Vera |
| vs. | [PROPOSED] ORDER OF DISMISSAL |
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY, | JS-6 |
| Defendant. | |

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1), IT IS ORDERED that this action be, and hereby is, dismissed with prejudice as to all claims, causes of actions, and parties, with each party bearing that party's own attorney's fees and costs.

DATED: June 9, 2026

_____
Hon. Hernan D. Vera
United States District Judge

1